UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN PICKETT,

    Plaintiff,

vs.                                       CASE NO. 5:08cv111/RS/EMT

ARAMARK, et al.,

    Defendants.
_____/

## ORDER

    Before me are the Magistrate Judge's Report and Recommendation (Doc. 8) and Plaintiff's Response to Report and Recommendation (Doc. 9). I have considered Plaintiff's objections de novo.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 8) is adopted and incorporated by reference in this Order.

2. This case is dismissed because of failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. This case is dismissed without prejudice.

4.      The clerk is directed to close the file.

**ORDERED** on June 27, 2008.

          /S/ Richard Smoak
          **RICHARD SMOAK**
          **UNITED STATES DISTRICT JUDGE**